1  Tanya Levinson Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  Natividad Gutierrez

6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | NATIVIDAD GUTIERREZ,              )  No.  1:10-CV-00938-OWW-GSA
                                      )
12 |         Plaintiff,                )  **STIPULATION FOR FILING OF**
                                      )  **PLAINTIFF'S FIRST AMENDED**
13 |    vs.                            )  **COMPLAINT**
                                      )
14 | MUSAID NASHER dba SABER'S         )
   | GROCERY MARKET, NABEEL            )
15 | ABDULLA, ZAHRA ABDULLA,           )
                                      )
16 |                                   )
                                      )
17 |         Defendants.               )
                                      )

18

19 IT IS HEREBY STIPULATED by and between the parties hereto through their respective

20 attorneys of record that pursuant to prior agreement at the Mandatory Scheduling Conference,

21 without Defendants waiving any of their existing denials, responses, defenses and/or objections,

22 Plaintiff may file a First Amended Complaint, a copy of which is attached hereto.

23 IT IS FURTHER STIPULATED that the Defendants, Musaid Nasher, Nabeel Abdulla and Zahra

24 Abdulla, waive notice and further service of the First Amended Complaint and shall not be

25 required to answer the First Amended Complaint, and that all denials, responses and affirmative

26 defenses contained in the Answer filed by Defendants to the original complaint shall be deemed

27 to be a sufficient response to the First Amended Complaint.

28 ///

1

Stipulation for Filing of First Amended                              Gutierrez v. Nasher, et al.
Complaint

IT IS SO STIPULATED.

Dated: October 11, 2010          By: /s/ Bruce Leichty, Esq.
                                 Bruce Leichty
                                 Attorney for Defendants
                                 Musaid Nasher, Nabeel Abdulla and Zahra Abdulla


Dated:  October 11, 2010         MOORE LAW FIRM, PC

                                 By: /s/ Tanya Moore
                                  Tanya Moore
                                 Attorney for Plaintiff
                                 Natividad Gutierrez

**ORDER**

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the First Amended Complaint be filed herewith.

IT IS SO ORDERED.

   Dated:   **October 12, 2010**                /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

2

Stipulation for Filing of First Amended                    Gutierrez v. Nasher, et al.
Complaint