1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone: (408) 298-2000
4  Facsimile: (408) 298-6046

5  Attorneys for Plaintiff
   Natividad Gutierrez
6

7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | No. 1:10-CV-00938-OWW-GSA |
| Plaintiff, | **STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT** |
| vs. | |
| MUSAID NASHER, dba SABER'S GROCERY MARKET, et al., | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between the parties to this action, through their respective attorneys of record, without Defendants waiving any positions previously asserted or being deemed to have taken any position on the merits of the proposed pleading, that Plaintiff may file a Second Amended Complaint, a copy of which is attached hereto.

   IT IS FURTHER STIPULATED that Plaintiff shall file his Second Amended Complaint within ten (10) days of the entry of the Order hereon. Defendants shall have fourteen (14) days from the date of electronic service of the Second Amended Complaint by the Court within which to file their responsive pleadings.

   IT IS SO STIPULATED.

/

/

*Gutierrez v. Musaid Nasher, et al.*
Stipulation and Order to File Second Amended Complaint

| | | |
|---|---|---|
| Dated:  May 17, 2011 | | MOORE LAW FIRM, PC |

By:  /s/ Tanya E. Moore
    Tanya E. Moore
    Attorneys for Plaintiff Natividad Gutierrez

Dated: May 25, 2011    By: /s/ Bruce Leichty
    Bruce Leichty
    Attorney for Defendants
    Musaid Nasher, Nabeel Abdulla and Zahra Abdulla

### **ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** that the Second Amended Complaint be filed within (10) days of the date of this Order, and that responsive pleadings be filed within fourteen (14) days of the Court's electronic service of the Second Amended Complaint.

IT IS SO ORDERED.

Dated:  **May 26, 2011**        **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE