K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone: (408) 298-2000
Facsimile:  (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>MUSAID NASHER, et al.,<br><br>    Defendants. | No: 1:10-cv-00938-LJO-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants Musaid Nasher, Nabeel Abdulla and Zahra Abdulla ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action be dismissed with prejudice in its entirety.

**IT IS FURTHER STIPULATED** between Plaintiff and Defendants that this case has been settled in its entirety and all issues and controversies have been resolved to their mutual satisfaction by means of a confidential settlement agreement. Plaintiff requests and Defendants consent that the Court retain jurisdiction to enforce the terms of their settlement agreement

///

///

///

under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

Date: December 14, 2011               MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff Natividad Gutierrez

Date: December 14, 2011               LAW OFFICES OF BRUCE LEICHTY

/s/ Bruce Leichty
Bruce Leichty, Attorney for Defendants
Musaid Nasher, Nabeel Abdulla and
Zahra Abdulla

**ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. By consent of Plaintiff Natividad Gutierrez and Defendants Musaid Nasher, Nabeel Abdulla and Zahra Abdulla, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

2. Except as provided for in paragraphs 1 and 2 above, the action is dismissed with prejudice in its entirety.

This Court VACATES all pending matters and dates and DIRECTS the clerk to close this action administratively.

IT IS SO ORDERED.

Dated:   **December 14, 2011**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Gutierrez v. Nasher, et al.*
Stipulation for Dismissal; [Proposed] Order