1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone: (408) 298-2000
4  Facsimile:  (408) 298-6046

5  Attorneys for Plaintiff
   Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MUSAID NASHER, et al.,<br><br>　　　　Defendants. | No: 1:10-cv-00938-LJO-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants Musaid Nasher, Nabeel Abdulla and Zahra Abdulla ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action be dismissed with prejudice in its entirety.

**IT IS FURTHER STIPULATED** between Plaintiff and Defendants that this case has been settled in its entirety and all issues and controversies have been resolved to their mutual satisfaction by means of a confidential settlement agreement. Plaintiff requests and Defendants consent that the Court retain jurisdiction to enforce the terms of their settlement agreement

///

///

///

*Gutierrez v. Nasher, et al.*
Stipulation for Dismissal; [Proposed] Order

Page 1

under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

Date: December 14, 2011					MOORE LAW FIRM, P.C.


						/s/ Tanya E. Moore
						Tanya E. Moore
						Attorneys for Plaintiff Natividad Gutierrez


Date: December 14, 2011					LAW OFFICES OF BRUCE LEICHTY


						/s/ Bruce Leichty
						Bruce Leichty, Attorney for Defendants
						Musaid Nasher, Nabeel Abdulla and
						Zahra Abdulla

## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. By consent of Plaintiff Natividad Gutierrez and Defendants Musaid Nasher, Nabeel Abdulla and Zahra Abdulla, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

2. Except as provided for in paragraphs 1 and 2 above, the action is dismissed with prejudice in its entirety.

This Court VACATES all pending matters and dates and DIRECTS the clerk to close this action administratively.


IT IS SO ORDERED.

Dated:   **December 14, 2011**			/s/ Lawrence J. O'Neill
						UNITED STATES DISTRICT JUDGE


*Gutierrez v. Nasher, et al.*
Stipulation for Dismissal; [Proposed] Order

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Gutierrez v. Nasher, et al.*
Stipulation for Dismissal; [Proposed] Order

Page 3